UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DANTE BRADFORD,<br><br>    Plaintiff,<br><br>  v.<br><br>FED EX,<br><br>    Defendant. | Case No. 24-cv-01984 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action for failure to file a complaint and pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __May 21, 2024_____

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.24\01984Bradford_judgment